UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUADALUPE RESENDIZ, et al., | Case No.14-cv-05495-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| COUNTY OF MONTEREY, et al., | |
| Defendants. | |

Plaintiffs' Attorney: John Givens
County Defendants' Attorney: Susan Blitch
CMFG Defendants' Attorney: Paul Singer

    An initial case management conference was held on July 2, 2015. A further case management conference is set for September 30, 2015, at 2:00 p.m. The parties shall file their joint case management statement by September 23, 2015.

    The Court referred the parties to Magistrate Judge Cousins for a settlement conference with a ninety-day deadline.

    The parties shall exchange initial disclosures by July 16, 2015.

    The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: September 1, 2015

1

Case No. 14-cv-05495-LHK
CASE MANAGEMENT ORDER

FACT DISCOVERY CUTOFF: May 2, 2016

EXPERT DISCOVERY:
    Opening Reports: June 1, 2016
    Rebuttal Reports: June 15, 2016
    Close of Expert Discovery: June 30, 2016

DISPOSITIVE MOTIONS shall be filed by July 29, 2016, and set for hearing no later than September 15, 2016 at 1:30 p.m.

    Defendants County of Monterey and Sheriff Scott Miller are limited to one joint dispositive motion in the entire case. The motion, opposition, and reply shall comply with the 20/20/15 page limits set forth in the civil local rules.

    Defendants California Forensic Medical Group; Taylor Fithian; David Harness; Lola Bayer; and Eliud Garcia are limited to one joint dispositive motion in the entire case. The motion, opposition, and reply shall comply with the 20/20/15 page limits set forth in the civil local rules.

    Plaintiffs are limited to a single dispositive motion in the entire case. The motion, opposition, and reply shall comply with the 20/20/15 page limits set forth in the civil local rules.

FINAL PRETRIAL CONFERENCE: December 1, 2016, at 1:30 p.m.

JURY TRIAL: January 30, 2017, at 9:00 a.m.  Trial is expected to last 7 days.

**IT IS SO ORDERED.**

Dated: July 2, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 14-cv-05495-LHK
CASE MANAGEMENT ORDER