UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GUADALUPE RESENDIZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No.14-cv-05495-LHK<br><br>**ORDER REGARDING DISCOVERY DEADLINES**<br><br>Re: Dkt. No. 84 |

Based on the parties' stipulation, the Court extends the fact discovery cutoff from May 2, 2016 to June 30, 2016. The deadlines for dispositive motions, the pretrial conference date, and the trial dates remain as set. *See* ECF No. 46.

Before the Court rules on the parties' request to modify the expert discovery deadlines, the Court requires additional information. The Court orders the parties to file by 5 p.m. on Monday, May 2, 2016 a joint statement explaining the scope of expert discovery and why expert discovery will not be required prior to the filing of dispositive motions.

**IT IS SO ORDERED.**

Dated: April 29, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.14-cv-05495-LHK
ORDER

1