UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUADALUPE RESENDIZ, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>COUNTY OF MONTEREY, et al.,<br>   Defendants. | Case No. 14-CV-05495-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference set for June 29, 2016 is hereby CONTINUED to Wednesday, September 14, 2016 at 2 p.m. The parties shall file a joint settlement status report by 5 p.m. on Friday, August 12, 2016.

**IT IS SO ORDERED.**

Dated: June 20, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 14-CV-05495-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE