UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE RESENDIZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>    Defendants. | Case No. 14-cv-05495 LHK   (NC)<br><br>**ORDER TO REMOVE SETTLEMENT STATEMENT FROM ECF CASE DOCKET**<br><br>Re: Dkt. No. 97 |

Defendants California Forensic Medical Group, Inc., Taylor Fithian, M.D., David Harness, Lola Bayer, and Eliud R. Garcia, M.D., have filed their confidential settlement conference statement on the public electronic case filing docket. Dkt. No. 97. The clerk is ordered to remove the confidential statement from the record accessible to the trial judge. *See* ADR L. R. 7-5.

**IT IS SO ORDERED.**

Dated: July 15, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-05495 LHK